UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **PAULA BERG,** <br><br> Plaintiff, <br><br> vs. <br><br> **UNUM LIFE INSURANCE COMPANY OF AMERICA,** <br><br> Defendant. | **2:21-CV-11737-TGB-DRG** <br><br><br> **JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **GRANTING** Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 14) and **DENYING** Defendant's Motion for Judgment on the Administrative Record (ECF No. 15), judgment is entered in favor of Plaintiff and it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: March 23, 2023

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE